JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| APACK, INC., a Korean corporation<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY KO, an individual; TONY KO, an individual; YOUNG KO, an individual; KEKO INDUSTRIES, INC., a corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. SACV-15-00153 AG (DFMx)<br><br>**JUDGMENT** |

The Court granted the Motion for Default Judgment filed by Plaintiff APACK, Inc. ("Plaintiff"). The Court enters Judgment is entered in favor of Plaintiff and against Defendant KEKO Industries, Inc. ("Defendant"). Plaintiff shall recover $274,249.59 from Defendant in damages and interest as set forth in the Order granting Plaintiff's Motion for Default Judgment, plus costs of $ _____.

Dated September 28, 2015

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT